UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

THOMAS A. BRUBAKER,
by his Guardian, KATHY M.
BRUBAKER,

        Plaintiff(s),

vs.

ENCOMPASS INSURANCE CO.,

        Defendant(s).
_____/

Case No. 07-14488

HON. GEORGE CARAM STEEH

## ORDER DISMISSING SHOW CAUSE

This Court previously issued an order requiring defendant to show cause why this matter should not be dismissed for lack of subject matter jurisdiction. The Court was concerned that the amount in controversy did not exceed $75,000. On December 13, 2007, plaintiff filed a first amended complaint, which added claims for increased compensation for past and future family provided care, as well as penalty interest pursuant to MCL 500.3142, attorney's fees pursuant to MCL 500.3148, and judgment interest pursuant to 28 USC § 1961.

The Court is now satisfied that the amount in controversy exceeds $75,000. The Court's order to show cause is therefore DISMISSED.

S/George Caram Steeh
GEORGE CARAM STEEH
UNITED STATES DISTRICT JUDGE

Dated: January 9, 2008

### CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record on January 9, 2008, by electronic mail.

S/Marcia Beauchemin
Deputy Clerk